Billy W. JARVIS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5029.

United States Court of Appeals,
Federal Circuit.

Dec. 7, 2001.

Before MAYER, Chief Judge, LOURIE
and SCHALL, Circuit Judges.

PER CURIAM.

Billy W. Jarvis appeals the judgment of the United States Court of Federal Claims, *Jarvis v. United States,* 47 Fed. Cl. 698 (2000), finding him in material breach of his informant agreement with the Internal Revenue Service. We *affirm* on the basis of the trial court's opinion.